UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

LAUREN HERINGTON,

        Plaintiff,

        v.                             Case No. 15-C-1152

MILWAUKEE BUCKS LLC,
f/k/a Milwaukee Bucks Inc.,

        Defendant.

---

## ORDER OF RECUSAL

On September 24, 2015, the above-captioned case was assigned to this court for further proceedings.

Pursuant to 28 U.S.C. § 455(a), I recuse myself from further participation in this case. Accordingly,

IT IS ORDERED that the file in this matter is returned to the clerk of court for random reassignment to another judge.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2015.

                                            BY THE COURT

                                            /s/ C.N. Clevert, Jr.
                                            C.N. CLEVERT, JR.
                                            U.S. District Judge