Civil Action No. 15-CV-1152

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Milwaukee Bucks, LLC**
was received by me on *(date)* **09/25/2015**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Sandy (office secretary)**, who is designated by law to accept service of process on behalf of *(name of organization)* **Milwaukee Bucks, LLC** on *(date)* **09/28/2015**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **50.00** for travel and $ **0** for services, for a total of $ **50.00**.

I declare under penalty of perjury that this information is true.

Date: **9/29/15**

*Server's signature*

**Dezmond J. Serdynski, CPS**
*Printed name and title*

WOLF PROCESS SERVICE
P.O. Box 341760
Milwaukee, WI 53234-1760

*Server's address*

Additional information regarding attempted service, etc:

# Wolf Process Service

PO Box: 341760, Milwaukee, WI 53234-1760~ P: 414-507-3061 ~ F: 414-643-0968

## AFFIDAVIT OF PROCESS SERVICE or NOT FOUND

STATE: **WISCONSIN**
CASE NO: **15-CV-1152**
COURT DATE: **n/a**
COURT: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN**

PLAINTIFF: **LAUREN HERRINGTON**
(Petitioner)
    V.
DEFENDANT: **MILWAUKEE BUCKS, LLC f/k/a MILWAUKEE BUCKS, INC.**

Served on: _Registered Agent James W. Woloszyk_
Address: _1001 N. 4th St, Milwaukee, WI 53203_

I, **DEZMOND J. SERDYNSKI**, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

XXX On **SEPTEMBER 28, 2015** at **9:20AM** I executed service by delivering an authenticated copy of the following documents listed below:
**SUMMONS; COMPLAINT; CONSENT FORM; DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE**

☐ On the following dates and times listed below, I attempted service of the following documents:

In accordance with state statues in the manner marked below:

☐ Personal: By personally hand delivering copies to the person being served.

XX Substituted at Work/Business: By personally delivering copies to the place of employment/business of the person being served and delivering into the hands of an officer or managing agent whose name and title is listed below:

    Name: _SANDY_      Title: _OFFICE SECRETARY_

☐ Substituted at Residence: By leaving copies at the dwelling, house, or usual abode of the person being served, with a member of the household over the age of fourteen and explaining the general nature of the papers.

    Name_____ Relationship _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served and by mailing via first class U.S. Mail, a copy of the papers being served.

☐ Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect process upon the person/entity being served because of the following reason(s):_____

Location of Service/Attempts:

☐ Home:_____    XX Other: _1001 N. 4th St, Milwaukee, WI 53203_    ☐ Other: _____

DESCRIPTION: _OLDER BLACK FEMALE, LONG BLACK HAIR, MEDIUM BUILD, APPROXIMATE HEIGHT 5'7"_

Signature of Process Server: _[signature]_    Date _9-29-15_

Subscribed and Sworn to before me, this _29th_ day of _September_, 2015

_[signature]_
(Signature)

NOTARY PUBLIC, _Milw_ County, _Wisc_ (State)
My commission expires: _09/11/2016_ (Seal)

[Stamp: GEORGETTA S SERDYNSKI / Notary Public / State of Wisconsin]

TOTAL:$ _50_