IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| LAUREN HERINGTON, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MILWAUKEE BUCKS, LLC, formerly known as, MILWAUKEE BUCKS, INC.<br><br>Defendants. | Case No. 15-cv-1152<br><br>(JURY TRIAL DEMANDED) |

## NOTICE OF CONSENT TO JOIN LAWSUIT

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached consent form for the following person:

Destiny Manuel

Dated: October 1, 2015         Respectfully Submitted,


                               *s/LARRY A. JOHNSON*

                               Larry A. Johnson, SBN 1056619
                               Summer H. Murshid, SBN 1075404
                               Hawks Quindel, S.C.
                               222 E Erie St, #210
                               Milwaukee, WI 53202
                               (414) 271-8650 (phone)
                               (414) 271-8442 (fax)
                               Email: ljohnson@hq-law.com
                                      smurhid@hq-law.com

                               */s/ Ryan F. Stephan*
                               Stephan Zouras, LLP
                               205 N. Michigan Avenue, Suite 2560
                               Chicago, Illinois 60601
                               (T) 312-233-1550
                               (F) 312-233-1560
                               www.stephanzouras.com

*/s/ Scott A. Andresen*  
Andresen & Associates, P.C.  
3025 N. California Avenue, Suite 4 S.E.  
Chicago, Illinois 60618  
(T) 773-572-6049  
(F) 773-572-6048  
www.andresenlawfirm.com  

**ATTORNEYS FOR THE PLAINTIFFS**