DocuSign Envelope ID: A4BA1A55-F9F6-48CF-995A-B843CC80C4D5

# CONSENT TO BECOME A PARTY PLAINTIFF

<u>Herington, et al v. The Milwaukee Bucks Inc., et al</u>
Case No. 15-cv-1152

Complete and Mail, Fax or Email to:

**STEPHAN ZOURAS, LLP**
ATTN: Milwaukee Bucks Dancer Unpaid Wage Action c/o
205 North Michigan Avenue, Suite 2560
Chicago, IL 60601
Phone: (312) 233 1550 / Fax: (312) 233-1560
lawyers@stephanzouras.com

By signing below, I affirm that I have worked for The Milwaukee Bucks Inc., The Milwaukee Bucks, LLC or one of its subsidiaries or affiliates ("Defendants"), as a dancer or entertainer during the past three years, and that I consent to join this lawsuit seeking unpaid minimum wages and/or overtime wages for Defendants' violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et. seq.*

I hereby designate the law firms STEPHAN ZOURAS, LLP, and ANDRESEN & ASSOCIATES, P.C. to represent me for all purposes of this action.

I also designate the Class Representative as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

10/1/2015           *[DocuSigned by: Destiny Manuel / BA77AC6092C9491...]*
_____     _____
Date                                        Signature

Destiny Manuel
_____
Print Name

**\*Statute of limitations concerns mandate that you return
this form as soon as possible to preserve your rights.**