UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LAUREN HERINGTON, Individually, and on
Behalf of All Others Similarly Situated,

      Plaintiffs,

   v.                                                             Case No. 15-cv-1152

MILWAUKEE BUCKS, LLC, formerly known
as MILWAUKEE BUCKS, INC.,

      Defendant.

---

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

---

The undersigned, counsel of record for the named Defendant, Milwaukee Bucks, LLC, formerly known as Milwaukee Bucks, Inc. ("Milwaukee Bucks"), in compliance with Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1, states as follows:

    (a)    Milwaukee Bucks is a wholly owned subsidiary of Fear the Deer, LLC, which is owned by Fear the Deer Holdings, LLC, and

    (b)    No publicly-held corporation owns 10% or more of any of the foregoing entities.

Dated this 19th day of October, 2015.

                                                                 s/Michael Aldana
                                                                  Michael Aldana
                                                                  State Bar No. 1020233
                                                                 Sean M. Scullen
                                                                State Bar No. 1034221
                                                                 Lindsey W. Davis
                                                                State Bar No. 1089654
                                                                 QUARLES & BRADY LLP
                                                                411 East Wisconsin Avenue, Suite 2350
                                                                 Milwaukee, WI 53202-4426
                                                                Phone: 414.277.5151
                                                                Facsimile: 414.978.8951
                                                                E-mail: michael.aldana@quarles.com
                                                                Attorneys for Defendant
                                                                Milwaukee Bucks, LLC